CAROLYN STEBBINS *v*. GEORGE S. RHODES

The motion by the defendant to set aside the judgment in the appeal from the Court of Common Pleas in Hartford County is denied.

*George S. Rhodes,* pro se, the appellant (defendant).

*George W. Ganim,* for the appellee (plaintiff).

Argued October 6—decided October 6, 1970

EARL WILLAMETZ ET AL. *v*. IRVING H. LAMPMAN ET AL.

The motion by the defendant Bernard I. Friedman et al. to dismiss the appeal from the Superior Court in Hartford County is granted.

*John F. Scully,* for the appellees (defendants).

*John S. Brice,* for the appellants (plaintiffs).

Argued October 6—decided October 6, 1970

THOMAS HOVANESIAN ET AL. *v*. ZONING BOARD OF APPEALS OF THE CITY OF NEW BRITAIN

The motion by the defendant to dismiss the appeal from the Court of Common Pleas in Hartford County is denied.

*Andrew S. Aharonian,* city attorney, for the appellee (defendant).

*Daniel J. Hagearty,* for the appellants (plaintiffs).